#### IN THE UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF GEORGIA
#### MACON DIVISION

| | |
|---|---|
| **MICHAEL AND KRISTEN PAIN, individually and as natural guardians of A.P., a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS INDUSTRIES, INC.,**<br><br>Defendant. | **CIVIL ACTION**<br>**FILE NO. 5:22-CV-00183-MTT** |

### NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs in the above styled case, by and through their respective counsel of record, and hereby file this Notice of Dismissal Without Prejudice. This Notice of Dismissal is filed in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) before the Defendant has filed an Answer.

Respectfully submitted this 1st day of June, 2022.

                                                  **THE CHAMPION FIRM, PC**

                                                  By: */s/ Darl H. Champion, Jr.*
                                                  Darl H. Champion, Jr.
                                                  Georgia Bar No. 910007

Suite 100
445 Franklin Gateway SE
Marietta, GA 30067
404-596-8044
404-671-9347 fax